AO 451 (Rev. 12/12)  Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | | |
|---|---|---|
| SUPER 8 WORLDWIDE, INC. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. CV-13-4374(JLL) |
| GURU INVESTMENT, LLC, ET AL | ) | |
| *Defendant* | ) | |

### CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)*   11/05/2013  .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date:  08/02/2017

WILLIAM T. WALSH
CLERK OF COURT

*Sheree Raimo*
Signature of ~~Clerk or~~ Deputy Clerk

Case 2:23-mc-01318-CLM     Document 1     Filed 10/03/23     Page 2 of 5

Case 2:13-cv-04374-JLL-MAH   Document 12   Filed 11/04/13   Page 1 of 2 PageID: 234
Case 2:13-cv-04374-JLL-MAH   Document 11-1   Filed 10/04/13   Page 1 of 2 PageID: 128

CLYDE & CO US LLP
200 Campus Drive
Suite 300
Florham Park, N.J. 07932-0950
(973) 210-6700
Attorneys for Plaintiff, Super 8 Worldwide, Inc., formerly known as Super 8 Motels, Inc.

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| SUPER 8 WORLDWIDE, INC., formerly known as SUPER 8 MOTELS, INC., a South Dakota Corporation,<br><br>Plaintiff,<br><br>v.<br><br>GURU INVESTMENT, LLC, a Tennessee Limited Liability Company; ASHWIN KUMAR PATEL, an individual; MUKESH KUMAR PATEL, an individual; and SANKABHAI PATEL, an individual,<br><br>Defendants. | Civil Action No. 13-cv-4374(JLL)(MAH)<br><br>**FINAL JUDGMENT BY DEFAULT** |

This matter having been opened to the Court by plaintiff, Super 8 Worldwide, Inc., formerly known as Super 8 Motels, Inc. ("SWI"), by its attorneys, Clyde & Co US LLP, seeking the entry of final judgment by default against defendants, Guru Investment, LLC, Ashwin Kumar Patel, Mukesh Kumar Patel and Sankabhai Patel (collectively "Defendants"), pursuant to Fed. R. Civ. P. 55(b)(2); and it appearing that the Verified Complaint in this matter was filed on July 18, 2013, seeking damages as a result of the breach of a franchise agreement between SWI and Defendants, and service of a copy of the Verified Complaint having been effectuated with respect to defendants Guru Investment, LLC and Ashwin Kumar Patel by serving them in Sevierville, Tennessee on August 9, 2013; and service of a copy of the Verified Complaint having been effectuated with respect to defendants Mukesh Kumar Patel and Sankabhai Patel by serving them via regular and certified mail

on August 26, 2013; and Defendants having failed to Answer or otherwise respond to the Verified Complaint; and it appearing that default was duly noted by the Clerk of the Court against defendants Guru Investment, LLC and Ashwin Kumar Patel on September 19, 2013 for their failure to plead or otherwise defend this action; and it appearing that default was duly noted by the Clerk of the Court against defendants Mukesh Kumar Patel and Sankabhai Patel on September 24, 2013 for their failure to plead or otherwise defend this action; and the Court having reviewed the papers; and good cause having been shown:

IT IS on this ___4___ day of ___November___, 2013,

**ORDERED, ADJUDGED AND DECREED** that SWI have judgment against Defendants in the total amount of $213,823.84 comprised of the following:

(a)   $51,680.52 for Recurring Fees (principal plus prejudgment interest);

(b)   $156,928.32 for liquidated damages (principal plus prejudgment interest); and

(c)   $5,215.00 for attorneys' fees and costs.

**HONORABLE JOSE L. LINARES, U.S.D.J.**

I HEREBY CERTIFY that the above and foregoing is a true and correct copy of the original on file in my office.
ATTEST
WILLIAM T. WALSH, Clerk
United States District Court
District of New Jersey

By: _____
Deputy Clerk

Case 2:13-cv-04374-JLL-MAH   Document 14   Filed 07/19/17   Page 1 of 2 PageID: 237

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| SUPER 8 WORLDWIDE, INC., formerly known as SUPER 8 MOTELS, INC., a South Dakota Corporation, <br><br> Plaintiff, <br><br> v. <br><br> GURU INVESTMENT, LLC, a Tennessee Limited Liability Company; ASHWIN KUMAR PATEL, an individual; MUKESH KUMAR PATEL, an individual; and SANKABHAI PATEL, an individual, <br><br> Defendants. | Civil Action No. 13-cv-4374 (JLL)(MAH) <br><br><br> ASSIGNMENT OF JUDGMENT |

WHEREAS, judgment was entered on November 4, 2013, in favor of Super 8 Worldwide, Inc., formerly known as Super 8 Motels, Inc. (the "Plaintiff"), and against the Defendants in the above captioned matter, in the amount of $213,823.84 (the "Judgment"); and

WHEREAS, the Plaintiff wishes to assign the Judgment to Poser Investments, Inc. (the "Assignee"); and

WHEREAS, the person who has signed this Assignment of Judgment is authorized to execute this Assignment of Judgment and to bind the Plaintiff thereby.

NOW, THEREFORE, on this 30th day of November, 2016, the Plaintiff, doing business at 22 Sylvan Way, Parsippany, NJ 07054, for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, does hereby transfer, set over and assign the whole of the within Judgment, including all of the Plaintiff's right, title and interest therein, together with all lawful interest thereon, and attorneys' fees and costs accruing thereto, to the Assignee, residing/doing business at 55 W. Sierra Madre Blvd, Suite 202, Sierra Madre, CA 91024.

I HEREBY CERTIFY that the above and foregoing is a true and correct copy of the original on file in my office.
ATTEST
WILLIAM T. WALSH, Clerk
United States District Court
District of New Jersey

By: _____
Deputy Clerk

Super 8 Worldwide, Inc., formerly known as Super 8 Motels, Inc.

By: _____
Jennifer E. Constantinou,
Vice President - Litigation

Case 2:13-cv-04374-JLL-MAH   Document 14   Filed 07/19/17   Page 2 of 2 PageID: 238

## ACKNOWLEDGMENT FOR CORPORATE SIGNER

STATE OF NEW JERSEY    SS:
COUNTY OF              SS.:

I CERTIFY that on, November 30, 2016, Jennifer E. Constantinou, personally came before me, and this person acknowledged under oath, to my satisfaction, that she:

(a) was the maker of the Assignment of Judgment;
(b) was authorized to and did execute this Assignment of Judgment as Vice President of Litigation of Plaintiff, the entity named in this Assignment of Judgment; and
(c) executed this Assignment of Judgment as the act of the entity.

Signed and Sworn to before me on
November 30, 2016

*[signature]*

CINDY J. O'CONNOR
Notary Public
State of New Jersey
My Commission Expires Feb. 13, 2020

Super 8 Worldwide, Inc., formerly
known as Super 8 Motels, Inc.

By: *[signature]*
Christopher Andoski
Senior Vice President

2